RICHARD T. BOWLES (# 46234)
STEVEN P. MCFARLANE (# 240488)
BOWLES & VERNA LLP
2121 N. California Boulevard, Suite 875
Walnut Creek, California  94596
Telephone:  (925) 935-3300
Facsimile:  (925) 935-0371
Email:  rbowles@bowlesverna.com

Attorneys for Petitioner
Jatinder Dhillon, a Medical Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JATINDER DHILLON, A MEDICAL CORPORATION,<br><br>Petitioner,<br><br>vs.<br><br>THE UNITED STATES OF AMERICA;<br><br>Respondent. | CASE NO.: C10-4871-CRB<br><br>[~~PROPOSED~~] ORDER CONTINUING CASE MANAGEMENT CONFERENCE |

This matter is before the Court pursuant to the Parties' written stipulation to continue the Case Management Conference currently set for February 11, 2011.  The Parties have stipulated and requested that the Court continue the Case Management Conference to a date after March 4, 2011, which is the date of the hearing on Respondent's Motion to Dismiss.

For good cause shown, the Court hereby ORDERS that:

The Case Management Conference is continued to _____ March 4 __, 2011, at ____ 10:00 ____ a.m./~~p.m.~~ in Department 8 of the above-referenced court.

IT IS SO ORDERED.

Date: Feb. 9, 2011 _____

_____
The Hon. Charles R. Breyer
United States District Judge

*IT IS SO ORDERED — Judge Charles R. Breyer*