IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JATINDER DHILLON, A MEDICAL CORPORATION,<br><br>    Petitioner,<br><br>  v.<br><br>UNITED STATES OF AMERICA,<br><br>    Respondent.<br>_____/ | No. C 10-04871 CRB<br><br>**JUDGMENT** |

The Court, having granted Respondent's Motion to Dismiss, see dckt. no. 14, hereby enters judgment for Respondent and against Petitioner.

**IT IS SO ORDERED.**



Dated: March 8, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4871\judgment.wpd